**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6824**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

GREGORY K. CLINTON,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:17-cr-00005-GMG-RWT-1)

_____

Submitted:  October 18, 2022                           Decided:  October 21, 2022

_____

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory K. Clinton, Appellant Pro Se.  David J. Perri, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory K. Clinton appeals the district court's order denying, pursuant to a prior prefiling injunction, Clinton's motion to correct his criminal judgment. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Clinton's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, although we grant Clinton's motion to amend, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*